FILED

UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA
SOUTH BEND DIVISION

04 SEP 15 AM 9:39

| | |
|---|---|
| Thomas Mosley, II,<br>Thomas Mosley, III, by next<br>of friend, Thomas Mosley, II,<br>Caleb Moseley, by next of friend,<br>Thomas Mosley, II<br><br>    Plaintiffs,<br><br>vs.<br><br>Reliable Machinery Industrial Co., Ltd,<br>The Holmes Group, Inc., Nichole Mosley,<br><br>    Defendants. | Court File No. 3:04CV-147RM<br><br>**LIMITED<br>STIPULATION OF<br>DISMISSAL WITHOUT<br>PREJUDICE AND ORDER** |

## STIPULATION

**IT IS STIPULATED AND AGREED** between the parties, by and through their respective undersigned attorneys, that all claims or any potential claims in this lawsuit asserted against Defendant Holmes Group, Inc. only, may be, and hereby are, dismissed without prejudice and without costs and disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice, Judgment of Dismissal without Prejudice and without costs and disbursements to any party, of Defendant Holmes Group, Inc., may be entered herein.

Dated this _10_ day of September, 2004.      FLYNN, GASKINS & BENNETT, LLP

_____
Timothy R. Schupp, 130837
Andrea D. Kiehl, 310591
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500 (phone)

and

Thomas R. Lemon
William Douglas Lemon
VALENTINE MINER & LEMON, LLP
603 North Parker Street
P.O. Box 720
Warsaw, IN 46580-1035
*Attorneys for Defendant*
  *The Holmes Group, Inc.*

Dated this _15th_ day of September, 2004.      NEWBY, LEWIS, KAMINSKI & JONES, LLP

_____
David P. Jones (#17393-64)
916 Lincolnway
P.O. Box 1816
LaPoint, IN 46352-1816
*Attorney for Plaintiffs*