# UNITED STATES DISTRICT COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| THOMAS MOSLEY, II, )<br>THOMAS MOSLEY, III, by )<br>next of friend, THOMAS )<br>MOSLEY, II, CALEB MOSLEY, )<br>by next of friend, THOMAS )<br>MOSLEY, II, )<br>　　　　　Plaintiffs, )<br>vs. )<br>　　　　　　　　　　　 )<br>RELIABLE MACHINERY )<br>INDUSTRIAL CO., LTD., THE )<br>HOLMES GROUP, INC., )<br>NICHOLE MOSLEY, )<br>　　　　　Defendants. ) | CASE NUMBER:   3:04-CV-147-RLM-CAN |

## ORDER OF DISMISSAL

Upon the foregoing Stipulation, and upon all files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that judgment of dismissal of defendant, The Holmes

Group, Inc. only, without prejudice and without costs to any of the parties, be entered in the

above-captioned action.

DATED this _20th_ day of September, 2004.

　　　　　　　　　　　　　　　　　S/Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge of the U.S. District Court
　　　　　　　　　　　　　　　　　District of Indiana
　　　　　　　　　　　　　　　　　South Bend Division