UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS MOSELY II, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | CAUSE NO. 3:04-CV-147RM |
| ) | |
| RELIABLE MACHINERY, et al., ) | |
| ) | |
| Defendants ) | |

O R D E R

No objection having been filed, the court now ADOPTS the United States Magistrate Judge's Report and Recommendation filed October 27, 2005 [docket #44]. The court GRANTS Nicole Mosley's motion [docket #37] for default judgment on her cross-claim and ORDERS that judgment be ordered for Ms. Mosley and against defendant Reliable Machinery Industrial Co., Ltd., in the sum of $2,808,000.

SO ORDERED.

ENTERED:  November 28, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court